**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Decided January 23, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 03-4047

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Eastern District of Wisconsin |
| v. | No. 03 CR 2 |
| LELAND B. HALL, *Defendant-Appellant*. | Randolph T. Randa, *Chief Judge*. |

**O R D E R**

Leland Hall was sentenced for possessing a gun as a felon. On appeal, he argued that the district court erred by sentencing him under the formerly mandatory sentencing guidelines, *see United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005). We ordered a limited remand, *United States v. Paladino*, 401 F.3d 471, 484 (7th Cir. 2005), and the district court said that it would have imposed the same sentence had it known that the guidelines were advisory. That sentence was within a properly calculated guideline range and presumptively reasonable, *see United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005). Hall has failed to make any argument that his sentence is unreasonable when measured against the factors set forth in 18 U.S.C. §3553(a). *Id.* at 607. Because Hall has not rebutted the presumption that the sentence is reasonable, the judgment of the district court is AFFIRMED.